**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 2 8 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES of AMERICA**                              **PLAINTIFF**

**VS.**            **CASE NO. 4:26-CR-00091 KGB**

**JAMES DOUGLAS TIMBERLAKE**                     **DEFENDANT**

## ORDER

The United States must turn over to the defense all exculpatory evidence –

that is evidence that favors the defendant or casts doubt on the government's case.

See *Brady v. Maryland,* 373 U.S. 83 (1963) and cases applying this precedent.  If

the government fails to produce exculpatory evidence to the defense in a timely

manner, the Court may take certain steps; excluding certain evidence; giving adverse

jury instructions; dismissing charges; holding government lawyers in contempt; or

imposing other appropriate sanctions.

IT IS SO ORDERED this 28th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE